# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KERCHAI LEFLOR ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:22-CV-00496 |
| ASCENSION HEALTH ALLIANCE d/b/a ASCENSION ) | |
| and ASCENSION HEALTH d/b/a ASCENSION ) | |
| ) | |
| Defendant(s). ) | |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for **Ascension Health** hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):
      Ascension Health Alliance d/b/a Ascension

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
      Ascension Health at Home, LLC d/b/a Ascension at Home

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
      None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ Thomas E. Berry, Jr.
Signature (Counsel for Plaintiff/Defendant)
Print Name: Thomas E. Berry, Jr.
Address: 222 S. Central Ave.
City/State/Zip: St. Louis, MO 63105
Phone: 314-827-3939

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: June 2, 2022.

/s/ Thomas E. Berry, Jr.

Signature